**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| YONGQIANG MA, | No. 12-71305 |
| Petitioner, | Agency No. A088-291-908 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 18, 2014[**]

Before:     ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

Yongqiang Ma, a native and citizen of China, petitions for review of the

Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's decision denying his application for asylum and withholding

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

of removal.  We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence the agency's factual findings, applying the standards governing adverse credibility determinations created by the REAL ID Act. *Shrestha v. Holder*, 590 F.3d 1034, 1039 (9th Cir. 2010).  We deny the petition for review.

Substantial evidence supports the BIA's adverse credibility determination, including inconsistencies between Ma's testimony and written declaration regarding whether a written petition was filed with the government, when he learned about the alleged corrupt activities, as well as discrepancies regarding the documentation he submitted in support of his visa application.  *See id*. at 1045-48 (substantial evidence supported agency's adverse credibility finding under "totality of the circumstances" ).  The agency was not compelled to accept Ma's explanations for these inconsistencies.  *See Zamanov v. Holder*, 649 F.3d 969, 974 (9th Cir. 2011).  In the absence of credible testimony, Ma's asylum and withholding of removal claims fail.  *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003).

**PETITION FOR REVIEW DENIED.**